UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| KAYLIE D. WILSON and D'ARCY D. JERRELLS,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED PORTFOLIO GROUP, LLC,<br><br>Defendant. | Case No.   1:21-cv-00092-RH-GRJ |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that KAYLIE D. WILSON and D'ARCY D. JERRELLS ("Plaintiffs") hereby notifies the Court that the Plaintiffs and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 75 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a voluntary dismissal with prejudice within 75 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 2nd day of June 2021.

/s/ Alejandro E. Figueroa
Alejandro E. Figueroa, Esq.
Florida Bar No. 1021163
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 Ext. 120
alejandrof@sulaimanlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa